IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MCKINLEY JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNION NATIONAL FIRE<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO. 2:23-cv-04472<br><br>DISTRICT JUDGE<br>SUSIE MORGAN<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

## UNOPPOSED MOTION TO AMEND ORDER

NOW INTO COURT, through undersigned counsel, comes defendant, Union National Fire Insurance Company ("Union National"), which move this Court to amend its Order Dismissing Case (R. Doc. 15) from one without prejudice to a dismissal with prejudice. In support of their motion, Union National states as follows:

1.

On December 20, 2023, plaintiff, McKinley Jackson ("Plaintiff"), filed her Voluntary Motion to Dismiss Without Prejudice (R. Doc. 14).

2.

After the filing of Plaintiff's Voluntary Motion to Dismiss Without Prejudice, counsel for Union National attempted to contact Plaintiff's counsel to confirm that the dismissal should be with prejudice.

3.

At that time, counsel for Plaintiff and counsel for Union National could not reach an agreement.

1

#101950723v2

4.

On December 21, 2023, this Court issued its Order Dismissing Case (R. Doc. 15), dismissing Plaintiff's claim without prejudice.

5.

Since then, counsel for Plaintiff and counsel for Union National have discussed the details of the dismissal and agree that it should be with prejudice. Accordingly, Plaintiff has no objections to the filing of this Motion.

6.

WHEREFORE, defendant, Union National Fire Insurance Company, prays that its motion be granted, and this Court enter an order amending its Order Dismissing Case (R. Doc. 15) from one without prejudice to a dismissal with prejudice.

Dated: March 12, 2024.                          Respectfully submitted,

/s/ *Timothy P. Scanlan, Jr.*
TYLER J. RENCH, T.A. (# 34049)
TIMOTHY P. SCANLAN, JR. (# 40039)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170
Telephone: (504) 582-8623
Facsimile: (504) 589-8623
trench@joneswalker.com
timothyscanlan@joneswalker.com

TREY K. BARTHOLOMEW (# 39114)
Jones Walker LLP
445 North Blvd., Suite 800
Baton Rouge, Louisiana 70802
Telephone: (225) 248-2058
Facsimile: (225) 248-3158
tbartholomew@joneswalker.com
*Counsel for Defendant, Union National Fire Insurance Company*